Shows Plaintiff was contacted Fed, State and local offices

Dr. Collins, NIH

(Exhibit 23)



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7099 3400 0012 3020 1519

Article Sent To:
WASHINGTON DC 20510

| | | |
|---|---|---|
| Postage | $ | $0.39 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $2.79 |

Name (Please Print Clearly) (to be completed by mailer)
The Honorable Robert C. Byrd
Street, Apt. No.; or PO Box No.
311 Hart Senate Office Building
City, State, ZIP+4
Washington DC 20510-4801
PS Form 3800, July 1999          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7099 3400 0012 3020 1540

Article Sent To:
WASHINGTON DC 20510

| | | |
|---|---|---|
| Postage | $ | $0.39 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $2.79 |

Name (Please Print Clearly) (to be completed by mailer)
The Honorable John D. Rockefeller, IV
Street, Apt. No.; or PO Box No.
531 Hart Senate Office Building
City, State, ZIP+4
Washington, DC 20510-4801
PS Form 3800, July 1999          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7004 2510 0006 3917 7525

For delivery information visit our website at www.usps.com
BETHESDA MD 20892

| | | |
|---|---|---|
| Postage | $ | $0.39 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.64 |

Sent To
Dr. Francis S. Collins
Street, Apt. No.; or PO Box No.
National Institute of Health 9000 Rockville Pike
City, State, ZIP+4
Bethesda, MD 20892
PS Form 3800, June 2002          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7004 2510 0006 3917 7549

For delivery information visit our website at www.usps.com
ROCKVILLE MD 20850

| | | |
|---|---|---|
| Postage | $ | $0.39 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.64 |

Sent To
J. Craig Venter Institute
Street, Apt. No.; or PO Box No.
J. Craig Venter
City, State, ZIP+4
9704 Medical Center Drive Rockville, MD 20850
PS Form 3800, June 2.02          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7099 3400 0012 3020 1441

Article Sent To:
OAK RIDGE TN 37830

| | | |
|---|---|---|
| Postage | $ | $0.39 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | $4.64 |

Name (Please Print Clearly) (to be completed by mailer)
U.S. Department of Energy, Office of Sci
Street, Apt. No.; or PO Box No.
Dr. Marvin Stodolsky 1000 Commerce Park Dr

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7099 3400 0012 3020 1526

Article Sent To:
WASHINGTON DC 20515

| | | |
|---|---|---|
| Postage | $ | $0.39 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $2.79 |

Name (Please Print Clearly) (to be completed by mailer)
The Honorable Bess Caughran
Street, Apt. No.; or PO Box No.
2320 Rayburn House
City, State, ZIP+4
Washington DC 20515