

*Michael J. Martirano, Ed.D., State Superintendent of Schools*
*1900 Kanawha Boulevard, East, Building 6*
*Charleston, WV 25305*

*http://wvde.state.wv.us*

Exhibit #34

March 6, 2015

Kenneth Smith
486 Elk Run Estates Drive
Harpers Ferry, WV 25425-5087

Dear Mr. Smith,

Of the many issues that must be addressed by our education system, few are more sensitive than those that deal with the interface between scientific theories, family values and individual religious beliefs.

West Virginia has strong science content standards and objectives that are based on nationally accepted standards. In a report recently released by the Thomas B. Fordham Foundation, West Virginia earned a "B" for its strengthened science standards. In addition, West Virginia science standards are in compliance with the 1987 U.S. Supreme Court ruling and the 2005 District Court ruling concerning the teaching of science.

While the study of science must be based on sound evidence and testable facts, teachers are encouraged to answer questions posed by their students in a scientific manner while being respectful of family and religious values held by those students.

Sincerely,

W. Clayton Burch, Chief Academic Officer
Division of Teaching and Learning

WCB:TH
Control # 15-206

