Exhibit 36



100% Human 100% White — Adam
100% Human 100% White — Eve

THE **TRUE** ORIGIN OF MAN

Supported by Math

DNA TESTIFIES **CORRECT**



Eve   Adam

90% Humans **WRONG**

Lucy the ape woman




DNA's genetic law deny evolution **WRONG**