**SENDER: COMPLETE THIS SECTION**

**FILED**

MAY 21 2015

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

3:15-cv-00057 (4)
Kenneth Smith
486 Elk Run Estates Drive
Harpers Ferry, WV 25424

2. Article Number
(Transfer from service label)

7014 2870 0001 6034 1279

PS Form 3811, July 2013    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ Kenneth Smith
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Kenneth Smith

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☒ Certified Mail®      ☐ Priority Mail Express™
☐ Registered           ☐ Return Receipt for Merchandise
☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes